KEVIN P. MUCK  (CSB No. 120918)
kmuck@fenwick.com
DEAN S. KRISTY (CSB No. 157646)
dkristy@fenwick.com
MARIE C. BAFUS (CSB No. 258417)
mbafus@fenwick.com
ALISON C. JORDAN (CSB No. 311081)
ajordan@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:      415.281.1350

Attorneys for Defendants Thomas J. Reilly, Jim Frankola, Michael A. Olson, Martin Cole, Robert Bearden, Paul Cormier, Peter Fenton, Kimberly L. Hammonds, Kevin Klausmeyer, Ping Li, Rosemary Schooler, Steven Sordello, Michael Stankey and Nominal Defendant Cloudera, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE CLOUDERA, INC. DERIVATIVE LITIGATION | Lead Case No.: 5:19-cv-05536-LHK |
| | **JOINT STATEMENT REGARDING STAY OF ACTION** |
| | Date Action Filed:  September 3, 2019 |
| This Document Relates to:<br>ALL ACTIONS | |

On January 21, 2020, this Court entered an Order Denying Stipulation to Extend Case Deadlines (Dkt. No. 34) (the "Order"). The Order requested that the parties jointly file a statement by January 24, 2020 explaining why the Court should not stay this action pending the resulotion of the related securities class action that is pending in this Court and titled, *In re Cloudera, Inc. Securities Litigation*, Case No. 19-CV-03221-LHK (the "Class Action"). Plaintiffs Andrew Chen and Jun Fu ("Plaintiffs") and nominal defendant Cloudera, Inc. ("Cloudera" or the "Company") and individual defendants Thomas J. Reilly, Jim Frankola, Michael A. Olson, Martin Cole, Robert Bearden, Paul Cormier, Peter Fenton, Kimberly L. Hammonds, Kevin Klausmeyer, Ping Li, Rosemary Schooler, Steven Sordello and Michael Stankey (collectively, the "Individual Defendants," together with Cloudera, "Defendants") respectfully submit the following joint response:

The parties have conferred regarding the Court's above-referenced question. Defendants believe that it would be appropriate to stay this action pending resolution of the Class Action, in light of the facts that: (i) the derivative complaints filed by Plaintiffs are premised on substantially similar allegations as the Class Action; (ii) Plaintiffs allege that the Company has been damaged as a result of the Class Action; and (iii) the alleged derivative claims are dependent on developments in, and resolution of, the Class Action. Plaintiffs believe it would be appropriate to stay this action pending a ruling on the upcoming motion to dismiss the consolidated amended complaint in the Class action in light of the facts that: (i) between now and then new information may be disclosed to the public or otherwise be obtained by Plaintiffs based upon which Plaintiffs should file an amended consolidated complaint; (ii) in the event that a court determines that an initial complaint does not allege demand futility, the determination of whether an amended complaint alleges demand futility depends on analysis of the allegations contained therein that pertain to those members of a company's board of directors who are on the board at the time the amended complaint is filed; and (iii) the possibility that plaintiffs in another derivative action based on substantially similar allegations, pending in the United States District Court for the District of Delaware, and titled, *In re Cloudera, Inc. Stockholder Derivative Litigation*, Case No. 19-cv-01422-LPS, may try to proceed with litigation on their alleged claims (even though the parties in this action agree that

litigation should not proceed in that court, and defendants have reserved the right to seek a stay or transfer of that litigation).

The parties have conferred in good faith regarding their differing views and have attempted to reach a mutually acceptable compromise. Based on those discussions, the parties now jointly propose the following:

1. The Court shall impose an interim stay of proceedings in this action, in the interests of efficiency and economy;

2. The interim stay will remain in effect until sixty (60) days after a ruling is issued on the upcoming motion to dismiss the consolidated amended complaint in the Class Action; and

3. Following a ruling on the motion to dismiss in the Class Action, the parties will confer as to scheduling and whether the stay should be continued and on what terms, and shall provide a status report to the Court accordingly.

In light of the foregoing, and in the interests of judicial economy and efficiency, the parties also respectfully submit that good cause exists to vacate the February 5, 2020 initial case management conference and associated ADR deadlines until such time as the stay is lifted.

Dated: January 24, 2020                FENWICK & WEST LLP

By: /s/ Marie C. Bafus
       Marie C. Bafus

Attorneys for Defendants Thomas J. Reilly, Jim Frankola, Michael A. Olson, Martin Cole, Robert Bearden, Paul Cormier, Peter Fenton, Kimberly L. Hammonds, Kevin Klausmeyer, Ping Li, Rosemary Schooler, Steven Sordello, Michael Stankey and Nominal Defendant Cloudera, Inc.

| | |
|---|---|
| Dated: January 24, 2020 | THE ROSEN LAW FIRM, P.A. |
| | By: /s/ *Laurence M. Rosen* |
| | Laurence M. Rosen (#219683) |
| | 355 South Grand Avenue, Suite 2450 |
| | Los Angeles, CA 90071 |
| | Telephone: (213) 785-2610 |
| | Facsimile: (213) 226-4684 |
| | Email: lrosen@rosenlegal.com |
| | |
| | THE BROWN LAW FIRM, P.C. |
| | Timothy Brown |
| | 240 Townsend Square |
| | Oyster Bay, NY 11771 |
| | Telephone: (516) 922-5427 |
| | Facsimile: (516) 344-6204 |
| | Email: tbrown@thebrownlawfirm.net |
| | |
| | Co-Lead Counsel for Plaintiffs |

Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in filing this stipulation.

| | |
|---|---|
| Dated: January 24, 2020 | By: /s/ *Marie C. Bafus* |
| | Marie C. Bafus |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STATEMENT RE STAY OF ACTION — 3 — Case No.: 5:19-cv-5536-LHK